Blerina Kotori, OSB No. 074381
  Direct Telephone:  503.802.2055
  Email:  blerina.kotori@tonkon.com
Christopher Morehead, OSB No. 134341
  Direct Telephone:  503.802.2035
  Email:  christopher.morehead@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### (Portland Division)

| | |
|---|---|
| APRIL S. WALDEN, an individual, | Civil No. 3:19-cv-01717 AC |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PROVIDENCE ST. JOSEPH AND PROVIDENCE HEALTH AND SERVICES** |
| PROVIDENCE ST. JOSEPH, a domestic non-profit, and PROVIDENCE HEALTH AND SERVICES, a domestic non-profit; | |
| Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 7.1(a), defendants state there are no domestic/Oregon non-profits named "Providence Health and Services" or "Providence St. Joseph."  There is a Washington non-profit entity named "Providence Health & Services," and a Washington non-profit entity named

PAGE 1 -  DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

"Providence St. Joseph Health." There is also an Oregon non-profit entity named "Providence Health & Services – Oregon," which was Plaintiff's former employer.

The aforementioned entities state their corporate membership as follows:

1. Providence St. Joseph Health is the sole member of Providence Health & Services.

2. Providence Health & Services is the sole member of Providence Health & Services – Oregon.

These entities have no shareholders, or any parent corporations or publicly held corporations that own more than 10% or more of their stock.

DATED: April 30, 2020.

TONKON TORP LLP


By: *s/ Christopher Morehead*
Blerina Kotori, OSB No. 074381
   Direct Telephone: 503.802.2055
   Email: blerina.kotori@tonkon.com
Christopher Morehead, OSB No. 134341
   Direct Telephone: 503.802.2035
   Email: christopher.morehead@tonkon.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT to be served on Plaintiff Pro Se via First Class Mail, in a sealed envelope with postage paid, addressed to Plaintiff Pro Se at the address set forth below, and deposited with the U.S. Postal Service on April 30, 2020, as well as sending an exact true copy to Plaintiff Pro Se via email as set forth below.

>April Walden, Plaintiff Pro Se
>2353 N. Lombard
>Portland, OR  97217
>Email: awalden643@gmail.com

Dated:  April 30, 2020.

>TONKON TORP LLP
>
>By: *s/ Christopher Morehead*
>Blerina Kotori, OSB No. 074381
>  Direct Telephone: 503.802.2055
>  Email: blerina.kotori@tonkon.com
>Christopher Morehead, OSB No. 134341
>  Direct Telephone: 503.802.2035
>  Email: christopher.morehead@tonkon.com
>
>Attorneys for Defendants

038931\00039\11101576v1

PAGE 1 -  CERTIFICATE OF SERVICE